Richard E. Crawforth
Chapter 7 Trustee
410 S. Orchard St., Ste 172
Boise, Idaho 83705
(208) 424-8188

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In Re: | Case No. 10-04160-TLM |
|---|---|
| **EDWARD CLAY GALDABINI and JENNIFER ROWELL GALDABINI,** | Chapter 7 |
| Debtors. | |

## NOTICE OF SALE BY TRUSTEE

PLEASE TAKE NOTICE THAT the Trustee will sell the property described below in which the estate claims an interest pursuant to 11 U.S.C. § 363, Bankruptcy Rule 6004(e)(1), Local Bankruptcy Rule 2002.1, and in accordance with the Court's Order Approving Compromise issued October 4, 2011 (Dckt. # 36). This sale will take place unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (550 W. Fort St., MSC 042, Boise, Idaho 83724-0042) and the Trustee **on or before November 21, 2011.**

1. DESCRIPTION OF PROPERTY TO BE SOLD:

    Real property identified as 16788 Rose Park Drive, Nampa, Idaho, and legally described as:

    Lot 2, Block 3, Cherry Lane Meadows Subdivision, according to the plat
    thereof filed in Book 13 of plats, Page 24, records of Canyon County,
    Idaho

2. TIME AND PLACE OF SALE:

    **November 22, 2011 at 1:30 p.m.
    Offices of Chapter 7 Trustee
    Richard E. Crawforth
    410 S. Orchard St., Ste 172
    Boise, Idaho 83705
    (208) 424-8188**

3. TERMS/TYPE OF SALE:

    | Private Sale to: | James and Rebecca Rowell
    8200 Goldstream Court,
    Middleton, Idaho 83644 |
    |---|---|
    | Cash purchase price of: | $170,000.00. |

*NOTICE OF SALE BY TRUSTEE - 1*

4. <u>TREATMENT OF EXISTING LIENS</u>:

   Subject to all liens and encumbrances of record including easements and property taxes.

5. <u>VALUE OF PROPERTY TO BE SOLD</u>:

   The appraised value of the property is $190,000.00, which value is based on an appraisal dated May 24, 2011.

   The Trustee estimates that the fair market value of the real property is approximately the sales price.

6. <u>AUTHORITY FOR CONDUCTING SALE</u>:

   [X]   11 USC 363(b)(1)
   [X]   11 USC 363(f)(2)
   [X]   Other: Court's Order Approving Compromise issued October 4, 2011 (Dckt. # 36)

7. <u>MISCELLANEOUS INFORMATION</u>:

   Estimated net proceeds to be retained by the estate $170,000.00.

8. <u>REAL ESTATE AGENT COMPENSATION</u>: No real estate commission will be incurred.

9. <u>ESCROW EXPENSES</u>:  Minimal closing costs and/or escrow expenses will occur on closing.

10. <u>ADDITIONAL TERMS OF SALE</u>:

    THE REAL PROPERTY SHALL BE SOLD "AS IS", "WHERE IS", AND WITHOUT WARRANTY OF ANY NATURE WHATSOEVER, EITHER EXPRESS OR IMPLIED.

    Dated this 28th day of October, 2011.

                                        By____/s/__Richard E. Crawforth____
                                              Richard E. Crawforth, Trustee

*NOTICE OF SALE BY TRUSTEE - 2*

### CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing Notice of Sale with the Clerk of the Court, using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:

U.S. TRUSTEE
ECF: ustp.region18.bs.ecf@usdoj.gov

DEBORAH ALISON GATES
RICHARD L ALBAN LAW
1224 1ST ST SOUTH
NAMPA, ID  83653-1059

JED MANWARING
jmanwaring@evanskeane.com
jgeier@evanskeane.com

KIMBALL GOURLEY
KGourley@idalaw.com

Served by U.S. MAIL :

GALDABINI, EDWARD CLAY
GALDABINI, JENNIFER ROWELL
16788 ROSE PARK DR
NAMPA, ID  83687

JAMES AND REBECCA ROWELL
8200 GOLDSTREAM COURT
MIDDLETON, ID  83644

/S/ Richard E. Crawforth
Chapter 7 Bankruptcy Trustee
Date: October 28, 2011

CERTIFICATE OF SERVICE -  10-04160 TLM